| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorton, Nathaniel M. | District Court - Massachusetts | 07/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States District Court
1 Courthouse Way, Suite 3110
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Stockholder, Clerk/Secretary and Director | SG Seafood Holdings, Inc., Boston, MA (closely held ▮ seafood business) a MA corporation |
| 2. | Power of Attorney/Trustee (See NOTE in Part VIII) | Fidelity money market accounts (for all stockholders of SG Seafood Holdings Inc.) all of whom are ▮ of the reporting party |
| 3. | Trustee (See NOTE in Part VIII) | Irrevocable Trust (created in connection with the estate plan of reporting party's ▮ |
| 4. | Trustee (See NOTE in Part VIII) | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's ▮ ) |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 08/04/2014 | SG Seafood Holdings, Inc. (Closely held ▮▮▮ seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | New York Intellectual Property Lawyers Association | 03/28/2014 | New York City | Attend annual NYIPLA dinner at Waldorf Astoria | reimbursement for lodging and travel by train w/spouse from Boston to NYC |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | SG Seafood Holdings, Inc. (a MA corporation)(common stock) | | None | P1 | Q | | | | | See Section VIII |
| 2. | Fidelity Cash Reserves (individual) | A | Int./Div. | K | T | | | | | |
| 3. | Charitable Remainder Trust | E | Int./Div. | | | | | | | See Section VIII |
| 4. | - Coca Cola Co. | | | | | Sold (part) | 01/17/14 | J | C | |
| 5. | - Coca Cola Co. | | | | | Sold (part) | 04/17/14 | J | C | |
| 6. | - Pepsico Inc | | | | | Sold (part) | 01/17/14 | J | B | |
| 7. | - Pepsico, Inc. | | | | | Sold (part) | 02/20/14 | J | C | |
| 8. | - Abbvie Inc. (bond) | | | | | Buy | 04/28/14 | J | | |
| 9. | - Abbott Labs | | | | | Sold | 01/31/14 | J | B | |
| 10. | - Johnson & Johnson | | | | | Sold (part) | 09/29/14 | J | B | |
| 11. | - McDonalds Corp | | | | | Buy | 01/17/14 | J | | |
| 12. | - McDonalds Corp | | | | | Sold (part) | 08/12/14 | J | | |
| 13. | - CVS Health Corp | | | | | Sold (part) | 01/17/14 | J | C | |
| 14. | - CVS Health Corp | | | | | Sold (part) | 09/29/14 | J | C | |
| 15. | - CVS/Caremark Corp (bond) | | | | | Buy | 04/24/14 | J | | |
| 16. | - Ross Stores, Inc. | | | | | Sold | 02/07/14 | J | D | |
| 17. | - Automatic Data Processing Inc | | | | | Sold (part) | 09/29/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Intel Corp | | | | | Sold | 02/13/14 | J | | |
| 19. - Devon Energy Corp | | | | | Sold | 01/30/14 | J | B | |
| 20. - Exxon Mobil Corp | | | | | Sold | 06/04/14 | J | C | |
| 21. - HSBC Holdings Plc ADR | | | | | Sold | 03/24/14 | J | A | |
| 22. - Vodafone Group PLC ADR | | | | | Sold | 03/28/14 | J | A | |
| 23. - Verizon Communications | | | | | Sold | 03/04/14 | J | A | |
| 24. | | | | | Spinoff (from line 22) | 02/24/14 | J | | |
| 25. - TJX Companies Inc | | | | | Buy | 02/07/14 | J | | |
| 26. - TJX Companies Inc. | | | | | Sold (part) | 09/29/14 | J | | |
| 27. - CDK Global Inc. | | | | | Sold | 10/07/14 | J | A | |
| 28. | | | | | Spinoff (from line 17) | 10/01/14 | J | | |
| 29. - Ecolab Inc. (bond) | | | | | Buy | 05/14/14 | J | | |
| 30. - Ryder Systems Inc (bond) | | | | | Buy | 05/09/14 | J | | |
| 31. - Medtronic Inc.(bond) | | | | | Buy | 05/06/14 | J | | |
| 32. - Comcast Corp | | | | | Buy | 03/04/14 | J | | |
| 33. - Whole Foods Mkt Inc | | | | | Buy | 08/12/14 | J | | |
| 34. - Microsoft Corp | | | | | Buy | 02/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Kinder Morgan C Corp | | | | | Buy | 06/04/14 | J | | |
| 36. - Abbvie, Inc. | | | | | | | | | |
| 37. - Nike Inc (bond) | | | | | | | | | |
| 38. - Ecolab Inc. (bond) | | | | | Buy | 05/14/14 | J | | |
| 39. - UnitedHealth Group Inc | | | | | | | | | |
| 40. - Procter & Gamble Co | | | | | | | | | |
| 41. - Costco Wholesale Corp | | | | | | | | | |
| 42. - 3M Co | | | | | | | | | |
| 43. - Emerson Electric Co | | | | | | | | | |
| 44. - United Technologies Corp | | | | | | | | | |
| 45. - RPM Corp | | | | | | | | | |
| 46. - American Express Co | | | | | | | | | |
| 47. - JP Morgan Chase & Co | | | | | | | | | |
| 48. - HCP Inc | | | | | | | | | |
| 49. - Public Storage Inc | | | | | | | | | |
| 50. - IShares MSCI Pacific EX Japan ETF | | | | | | | | | |
| 51. - IShares MSCI Emerging Mkts ETF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Novo Nordisk AS ADR-B | | | | | | | | | |
| 53. Boston Financial Management, Inc. IRA | F | Distribution | P1 | T | | | | | See Sect. VIII |
| 54. - Anheuser-Busch Inbev (bond) | | | | | Matured | 07/14/14 | J | | |
| 55. - SBC Comms Inc (bond) | | | | | Matured | 09/15/14 | K | | |
| 56. - Stryker Corp (bond) | | | | | Buy | 03/13/14 | K | | |
| 57. - Ecolab Inc (bond) | | | | | Buy | 03/26/14 | K | | |
| 58. - Ford Motor Credit Co LLC (bond) | | | | | Buy | 03/05/14 | K | | |
| 59. - Royal Bank of Canada (bond) | | | | | Buy | 03/06/14 | K | | |
| 60. - CVS Caremark Corp (bond) | | | | | Buy | 03/10/14 | K | | |
| 61. - Unilever Capital Corp (bond) | | | | | Buy | 04/01/14 | K | | |
| 62. - Microsoft Corp | | | | | Buy (add'l) | 02/13/14 | J | | |
| 63. - Comcast Corp | | | | | Buy | 03/04/14 | J | | |
| 64. - Ralph Lauren Corp | | | | | Buy (add'l) | 05/09/14 | J | | |
| 65. - American Tower Corp - CL A | | | | | Buy (add'l) | 06/04/14 | K | | |
| 66. - IShares TR S&P Midcap 400 | | | | | Buy | 06/04/14 | L | | |
| 67. - IShares TR S&P Small Cap 600 | | | | | Buy | 06/04/14 | L | | |
| 68. - Kinder Morgan C Corp | | | | | Buy | 06/04/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Whole Foods Mkt Inc | | | | | Buy | 08/12/14 | J | | |
| 70. - Deere & Co | | | | | Buy | 09/12/14 | J | | |
| 71. - Emerson Elec Co | | | | | Buy (add'l) | 09/12/14 | J | | |
| 72. - Gulf Power (bond) | | | | | Sold | 01/07/14 | J | | |
| 73. - Pepsico Inc. | | | | | Sold | 02/20/14 | K | E | |
| 74. - ADT Corp | | | | | Sold | 01/30/14 | J | | |
| 75. - Devon Energy Corp | | | | | Sold | 01/30/14 | K | | |
| 76. - Abbott Labs | | | | | Sold | 01/31/14 | K | D | |
| 77. - Royce FD Penn Mut Inv | | | | | Sold | 01/31/14 | J | C | |
| 78. - Intel Corp | | | | | Sold | 02/13/14 | J | | |
| 79. - Verizon Communications | | | | | Sold | 03/04/14 | J | A | |
| 80. | | | | | Spinoff (from line 81) | 02/24/14 | J | | |
| 81. - Vodafone Group PLC ADR | | | | | Sold | 03/28/14 | J | | |
| 82. - HSBC Holdings PLC ADR | | | | | Sold | 03/24/14 | L | | |
| 83. - Exxon Mobil Corp | | | | | Sold | 06/04/14 | K | D | |
| 84. - IShares Russell 2000 EFT | | | | | Sold | 06/04/14 | M | E | |
| 85. - Nextera Energy Inc | | | | | Sold (part) | 06/04/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - McDonalds Corp | | | | | Sold | 08/12/14 | J | | |
| 87.   - United Parcel SVC Inc CL B | | | | | Sold | 09/12/14 | K | D | |
| 88.   - Novo-Nordisk AS ADR-B | | | | | Sold | 12/16/14 | J | C | |
| 89.   - American Express CR MTN (bond) | | | | | | | | | |
| 90.   - DirectTV Holdings (bond) | | | | | | | | | |
| 91.   - Suntrust Bks Inc (bond) | | | | | | | | | |
| 92.   - Capital One FINL Co (bond) | | | | | | | | | |
| 93.   - Southern Co (bond) | | | | | | | | | |
| 94.   - Lochheed Martin Corp (bond) | | | | | | | | | |
| 95.   - Beam Inc. (bond) | | | | | | | | | |
| 96.   - Pitney Bowes Inc (bond) | | | | | | | | | |
| 97.   - Oneok Partners LP (bond) | | | | | | | | | |
| 98.   - HSBC Holdings (preferred) | | | | | | | | | |
| 99.   - Nextera Energy (preferred) | | | | | | | | | |
| 100.  - Public Storage Q (preferred) | | | | | | | | | |
| 101.  - Nike Inc CL B | | | | | | | | | |
| 102.  - Diageo PLC ADR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Procter & Gamble Company | | | | | | | | | |
| 104. - Anadarko Pete Corp | | | | | | | | | |
| 105. - Chevron Corp | | | | | | | | | |
| 106. - American Express Co | | | | | | | | | |
| 107. - Chubb Corp | | | | | | | | | |
| 108. - JP Morgan Chase & Co | | | | | | | | | |
| 109. - Abbvie Inc | | | | | | | | | |
| 110. - Johnson & Johnson | | | | | | | | | |
| 111. - Novo-Nordisk AS ADR-B | | | | | | | | | |
| 112. - United Health Group Inc | | | | | | | | | |
| 113. - 3M Co | | | | | | | | | |
| 114. - United Technologies Corp | | | | | | | | | |
| 115. - Cognizant Technology Solutions Corp | | | | | | | | | |
| 116. - Oracle Corp | | | | | | | | | |
| 117. - Air Prods & Chems Inc | | | | | | | | | |
| 118. - RPM International Inc Com | | | | | | | | | |
| 119. - American Tower Corp CL A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Avalon Bay Cmntys Inc | | | | | | | | | |
| 121. - HCP Inc | | | | | | | | | |
| 122. - Enbridge C Corp | | | | | | | | | |
| 123. - IShares MSCI Emerging Markets ETF | | | | | | | | | |
| 124. - IShares MSCI Pacific EX Japan ETF | | | | | | | | | |
| 125. - Matthews Asia Small Cos | | | | | | | | | |
| 126. Boston Financial Management, Inc. Revocable Trust | D | Int./Div. | N | T | | | | | See Sect. VIII |
| 127. - CVS Caremark Corp (bond) | | | | | Buy | 03/10/14 | K | | |
| 128. - Deere & Company (bond) | | | | | Buy | 12/11/14 | K | | |
| 129. - Comcast Corp | | | | | Buy | 02/20/14 | J | | |
| 130. - TJX Companies Inc | | | | | Buy | 02/20/14 | J | | |
| 131. - Costco Whsl Corp | | | | | Buy (add'l) | 06/04/14 | J | | |
| 132. - Unilever Plc ADR | | | | | Buy | 04/17/14 | J | | |
| 133. - Chubb Corp | | | | | Buy (add'l) | 02/20/14 | J | | |
| 134. - Danaher Corp | | | | | Buy | 02/20/14 | J | | |
| 135. - Deere & Co | | | | | Buy | 03/03/14 | J | | |
| 136. - Emerson Electric Co | | | | | Buy (add'l) | 09/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 02/20/14 | J | | |
| 138. - Health Care Reit Inc | | | | | Buy (add'l) | 02/20/14 | J | | |
| 139. - Kinder Morgan C Corp | | | | | Buy (add'l) | 06/04/14 | J | | |
| 140. - Oneok C Corp | | | | | Buy | 02/20/14 | J | | |
| 141. - IShares TR S&P Midcap 400 | | | | | Buy | 06/04/14 | J | | |
| 142. - IShares TR S&P Small Cap 600 | | | | | Buy | 06/04/14 | J | | |
| 143. - IShares MSCI Emerging Markets ETF | | | | | Buy (add'l) | 02/20/14 | J | | |
| 144. - United Health Group Inc | | | | | Buy | 02/20/14 | J | | |
| 145. - Citrix Sys Inc | | | | | Sold | 01/09/14 | J | | |
| 146. - Devon Energy Corp | | | | | Sold | 01/30/14 | J | A | |
| 147. - Abbott Labs | | | | | Sold | 01/31/14 | J | | |
| 148. - Intel Corp | | | | | Sold | 03/03/14 | J | A | |
| 149. - HSBC Hldgs PLC ADR | | | | | Sold | 03/24/14 | J | | |
| 150. - Google Inc CL A | | | | | Sold | 04/17/14 | J | B | |
| 151. - Google Inc CL C | | | | | Sold | 04/17/14 | J | B | |
| 152. - Procter & Gamble Company | | | | | Sold | 04/17/14 | J | B | |
| 153. - Colgate Palmolive Co | | | | | Sold | 06/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Exxon Mobil Corporation | | | | | Sold | 06/04/14 | J | B | |
| 155. - IShares Russell 2000 ETF | | | | | Sold | 06/04/14 | J | A | |
| 156. - Wells Fargo & Co Com | | | | | Sold | 09/09/14 | J | A | |
| 157. - United Parcel SVC Inc CL B | | | | | Sold | 09/12/14 | J | B | |
| 158. - CDK Global Inc | | | | | Sold | 10/07/14 | J | A | |
| 159. | | | | | Spinoff (from line 182) | 10/01/14 | J | | |
| 160. - Kellogg Co (bond) | | | | | | | | | |
| 161. - Westwood MA - GO (bond) | | | | | | | | | |
| 162. - Public Storage Q (preferred) | | | | | | | | | |
| 163. - Amazon Com Inc | | | | | | | | | |
| 164. - Nike Inc CL B | | | | | | | | | |
| 165. - Anheuser Busch Inbev SA/NV-SP ADR | | | | | | | | | |
| 166. - Diago Plc ADR | | | | | | | | | |
| 167. - McCormick & Co Inc | | | | | | | | | |
| 168. - Anadarko Pete Corp | | | | | | | | | |
| 169. - Chevron Corp | | | | | | | | | |
| 170. - Schlumberger | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - American Express Co | | | | | | | | | |
| 172.  - JP Morgan Chase & Co | | | | | | | | | |
| 173.  - Abbvie Inc | | | | | | | | | |
| 174.  - Bristol Meyers Squibb Co | | | | | | | | | |
| 175.  - Johnson & Johnson | | | | | | | | | |
| 176.  - United Health Group Inc | | | | | | | | | |
| 177.  - 3M Co | | | | | | | | | |
| 178.  - Caterpillar Inc Com | | | | | | | | | |
| 179.  - Union Pac Corp | | | | | | | | | |
| 180.  - United Technologies Corp | | | | | | | | | |
| 181.  - Apple Computer Inc | | | | | | | | | |
| 182.  - Automatic Data Processing | | | | | | | | | |
| 183.  - Check Point Software Tech Ltd | | | | | | | | | |
| 184.  - Microsoft Corp | | | | | | | | | |
| 185.  - Air Prods & Chems Inc | | | | | | | | | |
| 186.  - Praxair Inc | | | | | | | | | |
| 187.  - RPM International Inc Com | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Avalonbay Cmntys Inc | | | | | | | | | |
| 189. - HCP Inc | | | | | | | | | |
| 190. - Public Storage Inc | | | | | | | | | |
| 191. - Enbridge C Corp | | | | | | | | | |
| 192. - IShares MSCI Pacific EX Japan ETF | | | | | | | | | |
| 193. Boston Financial Management Inc Revocable Trust | D | Int./Div. | N | T | | | | | See Section VIII |
| 194. - Burlington North (Bond) | | | | | Sold | 06/04/14 | K | A | |
| 195. - Phillips 66 (Bond) | | | | | Buy | 06/11/14 | K | | |
| 196. - Pepsico Inc | | | | | Sold | 02/20/14 | J | A | |
| 197. - Abbott Laboratories | | | | | Sold | 01/31/14 | J | A | |
| 198. - Bristol Myers Squibb Co | | | | | Buy (add'l) | 06/06/14 | J | | |
| 199. - Johnson & Johnson | | | | | Buy (add'l) | 04/23/14 | J | | |
| 200. - | | | | | Sold (part) | 06/18/14 | J | A | |
| 201. - Procter & Gamble Co | | | | | Sold | 06/06/14 | J | A | |
| 202. - Costco Wholesale Corp | | | | | Buy (add'l) | 06/04/14 | J | | |
| 203. - Ralph Lauren Corp | | | | | Buy (add'l) | 04/23/14 | J | | |
| 204. - Amazon.com Inc | | | | | Buy (add'l) | 04/23/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - | | | | | Sold (part) | 06/18/14 | J | A | |
| 206. - Automatic Data Processing Inc | | | | | Buy (add'l) | 06/06/14 | J | | |
| 207. - Emerson Electric Co | | | | | Buy (add'l) | 09/12/14 | J | | |
| 208. - Caterpillar Inc | | | | | Buy (add'l) | 06/06/14 | J | | |
| 209. - | | | | | Sold (part) | 06/26/14 | J | A | |
| 210. - United Technologies Corp | | | | | Sold (part) | 06/18/14 | J | A | |
| 211. - Apple Inc | | | | | Sold (part) | 06/18/14 | J | A | |
| 212. - Intel Corp | | | | | Sold | 03/03/14 | J | A | |
| 213. - Devon Energy Corp | | | | | Sold | 01/30/14 | J | A | |
| 214. - Exxon Mobil Corp | | | | | Sold | 06/04/14 | J | B | |
| 215. - Kinder Morgan Inc | | | | | Buy (add'l) | 06/04/14 | J | | |
| 216. - Chubb Corp | | | | | Buy (add'l) | 04/23/14 | J | | |
| 217. - United Parcel Service Inc. B | | | | | Buy (add'l) | 06/06/14 | J | | |
| 218. - American Express Co | | | | | Buy (add'l) | 06/06/14 | J | | |
| 219. - American Tower Corp | | | | | Buy (add'l) | 06/04/14 | J | | |
| 220. - HCP Inc | | | | | Sold | 06/18/14 | J | | |
| 221. - Nexera Energy Inc | | | | | Sold | 06/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Anheuser Busch Inbev SA/NV-SP ADR | | | | | Buy (add'l) | 04/23/14 | J | | |
| 223. - Diageo PLC ADR | | | | | Buy (add'l) | 04/23/14 | J | | |
| 224. - | | | | | Buy (add'l) | 06/06/14 | J | | |
| 225. - Enbridge C Corp | | | | | Buy (add'l) | 06/06/14 | J | | |
| 226. - HSBC Holdings PLC ADR | | | | | Sold | 03/24/14 | J | | |
| 227. - Vodafone Group PLC ADR | | | | | Sold | 03/28/14 | J | A | |
| 228. - Wells Fargo & Co | | | | | Buy | 06/06/14 | J | | |
| 229. - | | | | | Sold | 09/09/14 | J | A | |
| 230. - Comcast Corp | | | | | Buy | 03/04/14 | J | | |
| 231. - TJX Companies | | | | | Buy | 07/01/14 | J | | |
| 232. - McCormick & Co Inc | | | | | Buy | 04/23/14 | J | | |
| 233. - Unilever PLC ADR | | | | | Buy | 06/06/14 | J | | |
| 234. - Whole Foods Mkt Inc | | | | | Buy | 08/12/14 | J | | |
| 235. - Deere & Co | | | | | Buy | 03/03/14 | J | | |
| 236. - | | | | | Buy (add'l) | 09/12/14 | J | | |
| 237. - Check Point Software Tech Ltd | | | | | Buy | 04/23/14 | J | | |
| 238. - Oracle Corp | | | | | Sold (part) | 06/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Praxair Inc | | | | | Buy | 06/06/14 | J | | |
| 240. - Sigma Aldrich Corp | | | | | Buy | 04/23/14 | J | | |
| 241. - McDonalds Corp | | | | | Buy | 04/23/14 | J | | |
| 242. - | | | | | Sold | 08/12/14 | J | | |
| 243. - IShares MSCI Emerging | | | | | Buy | 06/06/14 | J | | |
| 244. - IShares MSCI Paciic EX Japan ETF | | | | | Buy | 06/06/14 | J | | |
| 245. - One Gas Inc | | | | | Sold | 02/07/14 | J | A | |
| 246. | | | | | Spinoff (from line 264) | 02/03/14 | J | | |
| 247. - Verizon Communications | | | | | Sold | 03/04/14 | J | A | |
| 248. | | | | | Spinoff (from line 227) | 02/24/14 | J | | |
| 249. - Colgate Palmolive Co (X) | | | | | Sold | 06/04/14 | J | A | See Section VIII |
| 250. - Ralph Lauren Corp | | | | | Sold | 06/18/14 | J | | |
| 251. - Ross Stores, Inc (X) | | | | | Sold | 07/01/14 | J | | See Section VIII |
| 252. - United Parcel SVC Inc CL B | | | | | Sold | 09/12/14 | J | A | |
| 253. - CDK Global Inc | | | | | Sold | 10/07/14 | J | | |
| 254. - Genzyme Corp (Bond) | | | | | | | | | |
| 255. - Kellogg Co (Bond) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Bank of Nova Scotia (bond) | | | | | | | | | |
| 257. - Nike Inc - B | | | | | | | | | |
| 258. - Abbvie Inc | | | | | | | | | |
| 259. - United Health Group Inc | | | | | | | | | |
| 260. - Cognizant Technology Solutions Corp | | | | | | | | | |
| 261. - Microsoft Corp | | | | | | | | | |
| 262. - 3M Co | | | | | | | | | |
| 263. - Chevron Corp | | | | | | | | | |
| 264. - Oneok C Corp (reported on '13 FDR as "Oneok New") | | | | | | | | | |
| 265. - Union Pacific Corp | | | | | | | | | |
| 266. - Health Care REIT Inc | | | | | | | | | |
| 267. - JP Morgan Chase & Co | | | | | | | | | |
| 268. - Avalonbay Communities Inc | | | | | | | | | |
| 269. - Public Storage Inc | | | | | | | | | |
| 270. - Schlumberger Ltd | | | | | | | | | |
| 271. - Gilead Sciences (X) | | | | | Buy | 01/01/14 | J | | See Section VIII |
| 272. - Novo-Nordisk AS ADR-B (X) | | | | | Buy | 01/01/14 | J | | See Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Air Prods & Chems Inc | | | | | | | | | |
| 274. - RPM International Inc Com | | | | | | | | | |
| 275. - IShares TR S&P Midcap 400 | | | | | | | | | |
| 276. - IShares TR S&P Small Cap 600 | | | | | | | | | |
| 277. - Bank of America | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M. | 07/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Lines 2 - 4 NOTE:  None of the beneficiaries of the trusts and accounts listed in Part I of which the reporting party is a trustee is a dependent of the reporting party and neither the reporting party nor [redacted] has any beneficial interest in or control over the disposition of assets of such trusts and accounts.

Part VII, Line 1 - Income of the reporting party reported in Section VII (of which there was none this year) is attributable to his pro rata share of the income of SG Seafood Holdings, Inc. ("Holdings") which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders whether or not such income is, in fact, distributed.  The value of the stock holdings is appraised biennially by a certified financial planner, last done in 2012.

Part VII, Line 3 - In 1997 the reporting party and [redacted] funded a chartible remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Part VII, Lines 3, 53, 126 and 193 - The assets listed on these lines (and on the dashed ("-") lines that follow) are managed by Boston Financial Management, Inc., Boston MA and consist of stocks and bonds in publicly held companies and equity holdings based on certain indices.

Part VII, Line 53 - The reporting party is now required to withdraw a certain minimum amount from his IRA account each year.

Part VII, Lines 249, 251, 271 and 272 - These stocks were purchased on 12/27/2013 but not registered until the following year and not reported on the Calendar Year 2013 Financial Disclosure.  They all had value codes of "J".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Nathaniel M. Gorton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544